# Exhibit 3

**GoHealth, Inc. Loss Chart**
**Class Period: July 2020 IPO**

**Lookback Price (9/21/2020)**

| Name | Date Purchased | Shares | Price per Share CAPPED AT $21 | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $13.32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lessem, Marc | 7/15/2020 | 10,000 | ($21.00) | ($210,000.00) | 7/29/2020 | 10,000 | $18.00 | $180,000.00 | | | | |
| | 7/15/2020 | 200 | ($21.00) | ($4,200.00) | 8/24/2020 | 2,500 | $15.00 | $37,500.00 | | | | |
| | 8/4/2020 | 2,500 | ($18.32) | ($45,808.75) | | | | | | | | |
| | 8/20/2020 | 200 | ($16.75) | ($3,350.00) | | | | | | | | |
| | | 12,900 | | ($263,358.75) | | 12,500 | | $217,500.00 | 400 | $5,328.00 | ($40,530.75) | |
| Lessem, Garrett | 7/15/2020 | 1,250 | ($21.00) | ($26,250.00) | 9/3/2020 | 300 | $13.99 | $4,197.00 | 950 | $12,654.00 | ($9,399.00) | |
| **TOTAL** | | 14,150 | | ($289,608.75) | | 12,800 | | $221,697.00 | 1,350 | $17,982.00 | ($49,929.75) | |