**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HELEN HUDSON, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-05593 |
| Plaintiff, | Judge Sharon Johnson Coleman |
| v. | |
| GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., and MORGAN STANLEY & CO. LLC, | |
| Defendants. | |
| PIETRO PIUMETTI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-05701 |
| Plaintiff, | Judge Mary M. Rowland |
| v. | |
| GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD., | |
| Defendants. | |

[caption continues on following page]

| | |
|---|---|
| CHRISTOPHER STRIANESE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 1:20-cv-05765<br><br>Judge Andrea R. Wood |

**MOTION OF SPENCER TROTTER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

Spencer Trotter ("Trotter" or "Movant") moves this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Trotter as Lead Plaintiff pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (iii) approving his selection of Glancy Prongay & Murray LLP as Lead Counsel and Miller Law LLC as Liaison Counsel for the proposed class; and (iv) granting such other relief as the Court may deem just and proper.

In support of his motion, Movant relies on the accompanying memorandum of law, the following exhibits:

Exhibit A:   Press release published September 21, 2020 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:   Signed PSLRA Certification of Movant;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in GoHealth, Inc. Class A common stock;

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:   Firm résumé of Miller Law LLC.

A proposed order is also submitted herewith.

DATED: November 20, 2020                  Respectfully submitted,

By: */s/ Marvin A. Miller*
Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
mmiller@millerlawllc.com

*Proposed Liaison Counsel for the Class*

1

Robert V. Prongay
Charles H. Linehan
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
clinehan@glancylaw.com

*Counsel for Movant and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I caused a true and correct copy of the foregoing *Motion of Spencer Trotter for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel* to be served on all counsel of record *via* filing electronically on the Court's CM/ECF system.

/s/ *Marvin A. Miller*

3