**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HELEN HUDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 1:20-cv-05593<br><br>Judge Sharon Johnson Coleman |
| PIETRO PIUMETTI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD.,<br><br>Defendants. | Case No. 1:20-cv-05701<br><br>Judge Mary M. Rowland |

[caption continues on following page]

| | |
|---|---|
| CHRISTOPHER STRIANESE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 1:20-cv-05765<br><br>Judge Andrea R. Wood |

**[PROPOSED ORDER] GRANTING MOTION OF SPENCER TROTTER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

Having considered the motion of Spencer Trotter for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re GoHealth, Inc. Securities Litigation*, Master File No. :20-cv-05593;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints Spencer Trotter as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Miller Law LLC as Liaison Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2020      _____
                                      HON. SHARON JOHNSON COLEMAN
                                      UNITED STATES DISTRICT JUDGE

1