# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC, <br><br> Defendants. | Case No. 1:20-cv-05593 <br><br> Judge Sharon Johnson Coleman |
| PIETRO PIUMETTI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD., <br><br> Defendants. | Case No. 1:20-cv-05701 <br><br> Judge Mary M. Rowland |

| | |
|---|---|
| CHRISTOPHER STRIANESE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>     Defendants. | Case No. 1:20-cv-05765<br><br>Judge Andrea R. Wood |

## MOTION OF MOHAMMED ABDUL WAJID TO CONSOLIDATE AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

Mohammed Abdul Wajid respectfully moves this Court for entry of an Order: (1) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42(a) and 15 U.S.C. § 77z-1(a)(3)(B)(ii); (2) appointing Mr. Abdul Wajid as Lead Plaintiff pursuant to the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B)(i), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving of Mr. Abdul Wajid's selection of Block & Leviton LLP as Lead Counsel and Carlson Lynch LLP as Liaison Counsel for the proposed class; and (4) granting such other relief as the Court may deem just and proper.

In support of this motion, Mr. Abdul Wajid relies on the accompanying memorandum of law and the following exhibits:

2

Exhibit A:     Press release published September 21, 2020 via *Businesswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:     Mr. Abdul Wajid's signed PSLRA Certification;

Exhibit C:     Mr. Abdul Wajid's Loss Chart;

Exhibit D:     Declaration of Mr. Abdul Wajid;

Exhibit E:     Firm résumé of Block & Leviton LLP; and

Exhibit F:     Firm résumé of Carlson Lynch LLP.

Dated: November 20, 2020                     Respectfully submitted,

*/s/ Katrina Carroll*
Katrina Carroll
**CARLSON LYNCH LLP**
111 West Washington Street, Suite 1240
Chicago, IL 60602
(312) 750-1265 (phone)
kcarroll@carlsonlynch.com

Jeffrey C. Block
Jacob A. Walker
Stephen J. Teti
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
(617) 507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

*Attorneys for Mr. Abdul Wajid and*
*Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I caused a true and correct copy of the foregoing *Motion of Mohammed Abdul Wajid to Consolidate and For Appointment as Lead Plaintiff and Approval of Lead Counsel* to be served on all counsel of record via filing electronically on the Court's CM/ECF system.

*/s/ Katrina Carroll*