# EXHIBIT C

# Mohammed Abdul Wajid
## GoHealth, Inc. Loss Chart

| IPO Date | | 6/19/20 |
|---|---|---|
| IPO Price | $ | 21.00 |
| First Filed Case | | 9/21/20 |
| Closing Price on 9/21/20 | $ | 13.32 |

| Date | Transaction | Shares | Price Per Share | Total | Excess of IPO Price | Effective Cost | Value on 9/21 | Loss |
|---|---|---|---|---|---|---|---|---|
| 7/15/20 | Buy | 1000 | $ 22.9599 | $ 22,959.90 | $ 1,959.90 | $ 21,000.00 | $ 13,320.00 | $ (7,680.00) |
| 7/15/20 | Buy | 2000 | $ 24.2500 | $ 48,500.00 | $ 6,500.00 | $ 42,000.00 | $ 26,640.00 | $ (15,360.00) |
| 7/15/20 | Buy | 4000 | $ 23.0500 | $ 92,200.00 | $ 8,200.00 | $ 84,000.00 | $ 53,280.00 | $ (30,720.00) |
| 7/15/20 | Buy | 5000 | $ 25.0000 | $ 125,000.00 | $ 20,000.00 | $ 105,000.00 | $ 66,600.00 | $ (38,400.00) |
| 8/24/20 | Buy | 2000 | $ 15.0100 | $ 30,020.00 | $ - | $ 30,020.00 | $ 26,640.00 | $ (3,380.00) |
| 10/12/20 | Buy | 100 | $ 13.0050 | $ 1,300.50 | $ - | $ 1,300.50 | $ 1,332.00 | $ 31.50 |
| 10/13/20 | Buy | 100 | $ 13.0050 | $ 1,300.50 | $ - | $ 1,300.50 | $ 1,332.00 | $ 31.50 |
| 10/14/20 | Buy | 300 | $ 13.0050 | $ 3,901.50 | $ - | $ 3,901.50 | $ 3,996.00 | $ 94.50 |
| 10/15/20 | Buy | 500 | $ 13.0050 | $ 6,502.50 | $ - | $ 6,502.50 | $ 6,660.00 | $ 157.50 |
| 10/16/20 | Buy | 35 | $ 12.9600 | $ 453.60 | $ - | $ 453.60 | $ 466.20 | $ 12.60 |
| 10/17/20 | Buy | 965 | $ 12.9600 | $ 12,506.40 | $ - | $ 12,506.40 | $ 12,853.80 | $ 347.40 |
| 10/18/20 | Buy | 1000 | $ 13.1200 | $ 13,120.00 | $ - | $ 13,120.00 | $ 13,320.00 | $ 200.00 |

| Effective Loss as of 9/21/20 | $ (95,540.00) |
|---|---|
| Effective Loss as of Filing | $ (94,665.00) |