# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 1:20-cv-05593<br><br>Judge Sharon Johnson Coleman |
| PIETRO PIUMETTI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD.,<br><br>Defendants. | Case No. 1:20-cv-05701<br><br>Judge Mary M. Rowland |

Doc ID: 989cf1a7bc26dc26e1db613c6af21733e88a0f06

| | |
|---|---|
| CHRISTOPHER STRIANESE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 1:20-cv-05765<br><br>Judge Andrea R. Wood |

## DECLARATION OF MOHAMMED ABDUL WAJID

I, Mohammed Abdul Wajid, declare, under penalty of perjury of the laws of the United States of America, as follows:

1. I respectfully submit this declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Block & Leviton LLP as Lead Counsel and Carlson Lynch LLP as Liaison Counsel in the above-referenced actions.

2. I am a resident of the State of Texas.

3. I graduated with a Masters' Degree in Science, Electrical Engineering from Southern Illinois University, Edwardsville, in 2007.

2

Doc ID: 989cf1a7bc26dc26e1db613c6af21733e88a0f06

4. I have over 12 years of experience working as an SAP HR/HCM Techno-Functional Consultant. I have been investing in securities for over four years.

5. The Certification I submit with my Motion accurately reflects my transactions in GoHealth, Inc. shares following GoHealth's July 2020 Initial Public Offering.

6. After a thorough consultation, and after considering the merits of the action against GoHealth, Inc., I retained Block & Leviton LLP to act as my attorney and to seek lead plaintiff status in this lawsuit.

7. I understand that if I am appointed lead plaintiff, my primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

8. I understand that I could have chosen to take no action and remained an absent class member. However, due to my financial losses and my desire to actively oversee this litigation, I affirmatively decided that it would be a benefit to me and the Class I seek to represent if I sought appointment as Lead Plaintiff.

9. I am committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, I owe a fiduciary duty to all members of the putative class to provide fair and adequate representation, and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

10. I selected Block & Leviton LLP to represent me in this action based upon their prior experience and resources. I am confident in my ability to work with Block & Leviton LLP to protect the interests of the Class.

3

Doc ID: 989cf1a7bc26dc26e1db613c6af21733e88a0f06

11.     I understand that, as a Lead Plaintiff in this action, I would be subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

12.     As Lead Plaintiff, I understand that I am responsible for directing the activities of my counsel for the duration of the litigation, and that my counsel shall:

a.      Determine and present the position of the Lead Plaintiff on all matters that may arise during litigation of the action;

b.      Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

c.      Conduct settlement negotiations on behalf of the Lead Plaintiff;

d.      Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e.      Retain expert consultants and witnesses;

f.      Prepare and distribute periodic status reports to the Lead Plaintiff;

g.      Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.      Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Date:  11 / 13 / 2020                          /s/ _____

                                                        Mohammed Abdul Wajid

4

Doc ID: 989cf1a7bc26dc26e1db613c6af21733e88a0f06