UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No.  1:20-cv-05593 |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| ) | Judge Sharon Johnson Coleman |
| vs. ) | |
| ) | |
| GOHEALTH, INC., et al., ) | |
| ) | |
| Defendants. ) ) | |
| ) | |
| PIETRO PIUMETTI, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 1:20-cv-05701 |
| ) | |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| ) | Judge Mary M. Rowland |
| vs. ) | |
| ) | |
| GOHEALTH, INC., et al., ) | |
| ) | |
| Defendants. ) ) | |

[Caption continued on following page.]

MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4848-9494-0370.v1

CHRISTOPHER STRIANESE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

GOHEALTH, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20-cv-05765

CLASS ACTION

Judge Andrea R. Wood

4848-9494-0370.v1

Sudhakara R. Murikinati, Jerry Nixon, Benjamin Sandmann, and Jeff S. Turnipseed (collectively, "Movants") move this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §77z-1, appointing the Movants as Lead Plaintiff and approving the Movants' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class. In support of their Motion, the Movants submit a memorandum of law, a proposed order concurrently submitted to the Court's proposed order inbox, and true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of the first-filed class action published on *Business Wire* on September 21, 2020;

Exhibit B: The Movants' Certifications;

Exhibit C: The Movants' loss estimates, prepared by counsel; and

Exhibit D: Joint Declaration.

DATED: November 20, 2020      ROBBINS GELLER RUDMAN
        & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN E. COCHRAN (IL Bar # 6329016)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

- 1 -

4848-9494-0370.v1

- 2 -

[Proposed] Lead Counsel for [Proposed] Lead Counsel

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

4848-9494-0370.v1

Case: 1:20-cv-05593 Document #: 43 Filed: 11/20/20 Page 6 of 6 PageID #:408

# Mailing Information for a Case 1:20-cv-05593 Hudson v. GoHealth, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Katrina Carroll**
  kcarroll@carlsonlynch.com

- **Megan Cunniff Church**
  mchurch@mololamken.com,CaseView.ECF@usdoj.gov

- **Chrisopher J. Clark**
  chris.clark@lw.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com,MBurch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lara A Flath**
  lara.flath@skadden.com,chdocket@skadden.com

- **Marcella Louise Lape**
  marcella.lape@skadden.com,chdocket@skadden.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Jack Mitchell Mcneily**
  jack.mcneily@lw.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Michelle A. Reed**
  mreed@akingump.com

- **Susan Leslie Saltzstein , Femal**
  susan.saltzstein@skadden.com

- **Sandeep Savla**
  sandeep.savla@lw.com

- **Matthew W. Walch**
  matthew.walch@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,matthew-walch-1973@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)