# EXHIBIT C

Movants' Purchases and Losses

GoHealth, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **BENJAMIN SANDMANN** | 07/15/2020 | 838 | $21.00 | $17,598.00 | 08/06/2020 | 425 | $17.07 | $7,255.60 | |
| | 07/15/2020 | 912 | $21.00 | $19,152.00 | 08/06/2020 | 705 | $17.11 | $12,062.55 | |
| | 07/15/2020 | 500 | $21.00 | $10,500.00 | 08/06/2020 | 195 | $17.09 | $3,332.55 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/06/2020 | 100 | $17.10 | $1,710.00 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/06/2020 | 1,000 | $17.08 | $17,080.00 | |
| | 07/15/2020 | 400 | $21.00 | $8,400.00 | 08/06/2020 | 400 | $17.04 | $6,816.00 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/06/2020 | 400 | $17.01 | $6,804.00 | |
| | 07/15/2020 | 200 | $21.00 | $4,200.00 | 08/06/2020 | 300 | $17.00 | $5,100.00 | |
| | 07/15/2020 | 394 | $21.00 | $8,274.00 | 08/06/2020 | 1,293 | $17.02 | $22,006.86 | |
| | 07/15/2020 | 1,106 | $21.00 | $23,226.00 | 08/06/2020 | 707 | $17.01 | $12,026.14 | |
| | 07/15/2020 | 96 | $21.00 | $2,016.00 | 08/06/2020 | 2,800 | $17.06 | $47,768.00 | |
| | 07/15/2020 | 104 | $21.00 | $2,184.00 | 08/06/2020 | 700 | $17.07 | $11,949.00 | |
| | 07/15/2020 | 2,210 | $21.00 | $46,410.00 | 08/10/2020 | 1,223 | $17.34 | $21,200.71 | |
| | 07/15/2020 | 2,890 | $21.00 | $60,690.00 | 08/10/2020 | 1,000 | $17.36 | $17,360.00 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/10/2020 | 2,000 | $16.99 | $33,970.00 | |
| | 07/15/2020 | 9,000 | $21.00 | $189,000.00 | 08/10/2020 | 3,000 | $16.98 | $50,940.00 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/10/2020 | 4,000 | $16.98 | $67,920.00 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/10/2020 | 2,999 | $17.36 | $52,053.04 | |
| | 07/15/2020 | 3,700 | $21.00 | $77,700.00 | 08/10/2020 | 1,000 | $16.95 | $16,950.00 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | 08/10/2020 | 5,000 | $16.95 | $84,750.50 | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | | | | | |
| | 07/15/2020 | 200 | $21.00 | $4,200.00 | | | | | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | | | | | |
| | 07/15/2020 | 400 | $21.00 | $8,400.00 | | | | | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | | | | | |
| | 07/15/2020 | 1,000 | $21.00 | $21,000.00 | | | | | |
| | 07/15/2020 | 1,000 | $21.00 | $21,000.00 | | | | | |
| | 07/15/2020 | 525 | $21.00 | $11,025.00 | | | | | |
| | 07/15/2020 | 225 | $21.00 | $4,725.00 | | | | | |
| | 07/15/2020 | 1,650 | $21.00 | $34,650.00 | | | | | |
| | 07/15/2020 | 100 | $21.00 | $2,100.00 | | | | | |
| | 07/15/2020 | 797 | $21.00 | $16,737.00 | | | | | |
| | | **29,247** | | **$614,187.00** | | **29,247** | | **$499,054.95** | **($115,132.05)** |
| **SUDHAKARA R. MURIKINATI** | 07/15/2020 | 2,000 | $21.00 | $42,000.00 | held | 11,000 | $13.32 | $146,520.00 | |
| | 07/15/2020 | 9,000 | $21.00 | $189,000.00 | | | | | |
| | | **11,000** | | **$231,000.00** | | **11,000** | | **$146,520.00** | **($84,480.00)** |
| **JERRY NIXON** | 07/15/2020 | 350 | $21.00 | $7,350.00 | 09/14/2020 | 350 | $12.88 | $4,508.00 | |
| | 07/15/2020 | 6,750 | $21.00 | $141,750.00 | 09/16/2020 | 100 | $12.60 | $1,259.50 | |
| | 08/19/2020 | 1,519 | $19.00 | $28,861.00 | 09/16/2020 | 100 | $12.60 | $1,259.50 | |
| | 08/24/2020 | 3,125 | $16.05 | $50,156.25 | 09/16/2020 | 200 | $12.60 | $2,519.00 | |
| | | | | | 09/16/2020 | 3,800 | $12.56 | $47,728.00 | |
| | | | | | 09/16/2020 | 1,900 | $12.56 | $23,864.00 | |
| | | | | | 09/16/2020 | 5,294 | $12.56 | $66,492.64 | |
| | | **11,744** | | **$228,117.25** | | **11,744** | | **$147,630.64** | **($80,486.61)** |

| JEFFREY S. TURNIPSEED | 07/24/2020 | 10,446 | $19.24 | $200,981.04 | 08/21/2020 | 4,720 | $16.00 | $75,520.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | 07/24/2020 | 354 | $19.47 | $6,892.38 | 08/21/2020 | 1,000 | $16.00 | $16,000.00 | |
| | 07/24/2020 | 663 | $19.30 | $12,795.90 | 08/21/2020 | 10 | $16.00 | $160.00 | |
| | 07/24/2020 | 300 | $19.30 | $5,790.00 | 08/21/2020 | 4,870 | $16.00 | $77,920.00 | |
| | 07/24/2020 | 37 | $19.25 | $712.25 | 08/21/2020 | 354 | $15.93 | $5,639.22 | |
| | 07/24/2020 | 300 | $19.25 | $5,775.00 | 08/21/2020 | 963 | $15.90 | $15,311.70 | |
| | 07/24/2020 | 1,387 | $19.25 | $26,699.75 | 08/21/2020 | 265 | $15.96 | $4,229.40 | |
| | 08/14/2020 | 154 | $16.45 | $2,533.30 | 08/21/2020 | 72 | $15.96 | $1,149.12 | |
| | | | | | 08/21/2020 | 1,287 | $15.95 | $20,527.65 | |
| | | | | | 08/21/2020 | 100 | $15.95 | $1,595.10 | |
| | | **13,641** | | **$262,179.62** | | **13,641** | | **$218,052.19** | **($44,127.43)** |
| **Movants' Total** | | **65,632** | | **$1,335,483.87** | | **65,632** | | **$1,011,257.78** | **($324,226.09)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed.
 The price used is $13.32 as of September 21, 2020.

Prices listed are rounded up to two decimal places.