# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 1:20-cv-05593 |
| ) ) | CLASS ACTION |
| Plaintiff, ) ) | Judge Sharon Johnson Coleman |
| vs. ) | |
| ) | |
| GOHEALTH, INC., et al., ) ) | |
| Defendants. ) ) | |
| PIETRO PIUMETTI, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 1:20-cv-05701 |
| ) ) | CLASS ACTION |
| Plaintiff, ) ) | Judge Mary M. Rowland |
| vs. ) | |
| ) | |
| GOHEALTH, INC., et al., ) ) | |
| Defendants. ) ) | |

[Caption continued on following page.]

JOINT DECLARATION OF SUDHAKARA R. MURIKINATI, JERRY NIXON, BENJAMIN SANDMANN, AND JEFF S. TURNIPSEED IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4813-8469-8578.v1

CHRISTOPHER STRIANESE, Individually ) Case No. 1:20-cv-05765
and on Behalf of All Others Similarly Situated, )
                                       ) CLASS ACTION
                     Plaintiff, )
                                         ) Judge Andrea R. Wood
     vs. )
                                          )
GOHEALTH, INC., et al., )
                                          )
                     Defendants. )
                                          )

4813-8469-8578.v1

GoHealth, Inc. ("GoHealth" or the "Company") investors Sudhakara R. Murikinati, Jerry Nixon, Benjamin Sandmann, and Jeff S. Turnipseed declare as follows:

1. We respectfully submit this joint declaration in support of our motion for consolidation, to be appointed Lead Plaintiff in the above-captioned related securities class actions, and for approval of our selection of Robbins Geller Rudman & Dowd LLP to be appointed as Lead Counsel. We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2. I, Sudhakara R. Murikinati, suffered substantial losses as a result of my transactions in GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with the Company's IPO. As a result, I am motivated to seek to obtain the best possible result for myself and the class. I work as a hardware engineer in Silicon Valley and I have an electrical engineering degree from Sri Venkateswara University. I reside in Fremont, California and I have approximately three years of investing experience.

3. I, Jeff S. Turnipseed, suffered substantial losses as a result of my transactions in GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with the Company's IPO. As a result, I am motivated to seek to obtain the best possible result for myself and the class. I am a senior consultant in the healthcare industry and I have a Marketing Management degree from Siena College as well as a Master of Business Administration from Campbell University. I reside in Apex, North Carolina and I have nearly 20 years of investing experience.

4. I, Jerry Nixon, suffered substantial losses as a result of my transactions in GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with the Company's IPO. As a result, I am motivated to seek to obtain the best possible result for myself and the class. I work as a software engineer in the technology industry and I have a

- 1 -

4813-8469-8578.v1

bachelor's degree from William Jewell College. I reside in Conifer, Colorado and I have approximately 24 years of investing experience.

5. I, Benjamin Sandmann, suffered substantial losses as a result of my transactions in GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with the Company's IPO. As a result, I am motivated to seek to obtain the best possible result for myself and the class. I work as a consultant manager in the technology industry and I have a bachelor's degree from Minnesota State. I reside in New York, New York and I have approximately 14 years of investing experience.

6. We understand our responsibilities as Lead Plaintiff, including the duty to provide fair and adequate representation to all members of the class, and will fulfill these responsibilities to the best of our abilities. We understand that our duties as Lead Plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7. We understand that we are seeking to be appointed as Lead Plaintiff together. If appointed as Lead Plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller, in the prosecution of this action.

8. Before filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against defendants, serving jointly as Lead Plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed Lead Counsel, Robbins Geller.

- 2 -

4813-8469-8578.v1

9. We have each other's contact information and either one of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed Lead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19 ___ day of November, 2020.

DocuSigned by:

Sudhakara R. Murikinati

75B20F0D6D6747C...

_____
SUDHAKARA R. MURIKINATI


I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of November, 2020.

_____
JERRY NIXON


I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of November, 2020.

_____
BENJAMIN SANDMANN


I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of November, 2020.

_____
JEFF S. TURNIPSEED

- 3 -

4813-8469-8578.v1

9.      We have each other's contact information and either one of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel.  We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed Lead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____
SUDHAKARA R. MURIKINATI

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20 ___ day of November, 2020.

DocuSigned by:

*Jerry Nixon*

25803B52234648F...

_____
JERRY NIXON

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____
BENJAMIN SANDMANN

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____
JEFF S. TURNIPSEED

- 3 -

4813-8469-8578.v1

9.      We have each other's contact information and either one of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel.  We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed Lead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____
SUDHAKARA R. MURIKINATI

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____
JERRY NIXON

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19 ___ day of November, 2020.

Benjamin J. Sandmann
1085B2767D92453...
_____
BENJAMIN SANDMANN

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____
JEFF S. TURNIPSEED

- 3 -

4813-8469-8578.v1

9.      We have each other's contact information and either one of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel.  We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed Lead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____

SUDHAKARA R. MURIKINATI

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____

JERRY NIXON

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of November, 2020.

_____

BENJAMIN SANDMANN

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th ___ day of November, 2020.

_____

JEFF S. TURNIPSEED

- 3 -

4813-8469-8578.v1