# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>    Defendants. | Case No. 1:20-cv-05593<br><br>CLASS ACTION<br><br>Honorable Sharon Johnson Coleman |
| PIETRO PIUMETTI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD.,<br><br>    Defendants. | Case No. 1:20-cv-05701<br><br>CLASS ACTION<br><br>Honorable Mary M. Rowland |

[Caption Continued On Next Page.]

| | |
|---|---|
| CHRISTOPHER STRIANESE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 1:20-cv-05765<br><br>CLASS ACTION<br><br>Honorable Andrea R. Wood |

**MOTION OF THE GOHEALTH INVESTOR GROUP
FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Muhammad Zeeshan, Sai Kumar Reddy Edavally, and Benjamin Neenan (collectively, the "GoHealth Investor Group" or "Movant"), by and through its counsel, respectfully moves this Court, pursuant to Section 27 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §77z-1, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (emailed to chambers): (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired GoHealth, Inc. ("GoHealth" or the "Company") Class A common stock pursuant and/or traceable to the registration statement issued in connection with GoHealth's July 2020 initial public offering (the "IPO"); (3) approving Movant's selection of counsel as Co-Lead Counsel and Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Jeremy A. Lieberman and exhibits attached thereto, the pleadings, and other filings herein and

1

such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on its losses of approximately $96,240.46 suffered as a result of Defendants' wrongful conduct as alleged in the Actions. Further, Movant satisfies the relevant requirements of Federal Rule of Civil Procedure 23 because its claims are typical and it will fairly and adequately represent the interests of the class.

Dated: November 20, 2020                         Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Liaison Counsel for Movant and [Proposed]*
*Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
(*pro hac vice* application forthcoming)
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Telephone: (203) 992-4523
shopkins@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
580 California Street, Suite 1200
San Francisco, California 94014

2

Telephone: (415) 568-2124
fortunato@bespc.com

*Co-Counsel for Movant and [Proposed] Lead
Counsel for the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Muhammad Zeeshan*

3