# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC, <br><br> Defendants. | Case No. 1:20-cv-05593 <br><br> CLASS ACTION <br><br> Honorable Sharon Johnson Coleman |
| PIETRO PIUMETTI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD., <br><br> Defendants. | Case No. 1:20-cv-05701 <br><br> CLASS ACTION <br><br> Honorable Mary M. Rowland |

[Caption Continued On Next Page.]

| | |
|---|---|
| CHRISTOPHER STRIANESE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>    Defendants. | Case No. 1:20-cv-05765<br><br>CLASS ACTION<br><br>Honorable Andrea R. Wood |

**DECLARATION OF JEREMY A. LIEBERMAN
IN SUPPORT OF MOTION OF THE GOHEALTH INVESTOR
GROUP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Jeremy A. Liberman, hereby declare that:

1. I am a member in good standing of the Bar of this Court, and a partner at the law firm of Pomerantz LLP, liaison counsel for proposed Lead Plaintiff Muhammad Zeeshan, Sai Kumar Reddy Edavally, and Benjamin Neenan (collectively the "GoHealth Investor Group" or "Movant").

2. I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

3. Attached hereto as Exhibit A are true and correct copies of the certifications signed

1

by all members of the GoHealth Investor Group attesting to their transactions in GoHealth, Inc. ("GoHealth" or the "Company") securities during the Class Period.

4.     Attached hereto as Exhibit B are true and correct copies of loss charts detailing the losses of each member of the GoHealth Investor Group.

5.     Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on September 21, 2020.

6.     Attached hereto as Exhibit D is a true and correct copy of the Joint Declaration signed by the members of the GoHealth Investor Group.

7.     Attached hereto as Exhibit E are true and correct copies of the firm résumés of Levi & Korsinsky, LLP, Bragar Eagel & Squire, P.C., and Pomerantz LLP.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: November 20, 2020                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Liaison Counsel for Movant and [Proposed]*
*Liaison Counsel for the Class*

2

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
(*pro hac vice* application forthcoming)
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Telephone: (203) 992-4523
shopkins@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
580 California Street, Suite 1200
San Francisco, California 94014
Telephone: (415) 568-2124
fortunato@bespc.com

*Co-Counsel for Movant and [Proposed] Lead
Counsel for the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Muhammad Zeeshan*

3