# EXHIBIT A

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, _Muhammad Zeeshan_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against GoHealth, Inc. ("GoHealth" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire GoHealth securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with GoHealth's July 2020 initial public offering (the "IPO"), including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with the IPO.

6.  During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed** <u>11/16/2020 | 10:53 AM EST</u>
                  **(Date)**

DocuSigned by:

88FC2789168C436...

            **(Signature)**

Muhammad Zeeshan

          **(Type or Print Name)**

| Case Name | Gohealth, Inc. |
| Ticker | GOCO |
| IPO | 7/14/2020 |

**Acct. 1**

**Client Name**

Muhammad Zeeshan

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 07-28-2020 | P | 2283 | $ 19.10 |

| Case Name | Gohealth, Inc. |
| Ticker | GOCO |
| IPO | 7/14/2020 |

**Acct. 2**

**Client Name**

Muhammad Zeeshan

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 07-28-2020 | P | 1194 | $ 19.10 |

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Sai Kumar Reddy Edavally , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Gohealth, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case, except:

N/A

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this November 16,2020 .

Name: Sai Kumar Reddy Edavally

Signed:

| Case Name | Gohealth, Inc. |
|---|---|
| Ticker | GOCO |
| IPO | 7/14/2020 |

**Client Name**

Sai Kumar Reddy Edavally

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 07-15-2020 | P | 1000 | $ 21.00 |
| 07-15-2020 | P | 500 | $ 21.00 |
| 07-15-2020 | P | 500 | $ 21.00 |
| 07-16-2020 | P | 1000 | $ 19.84 |
| 08-06-2020 | P | 100 | $ 17.07 |
| 08-06-2020 | P | 75 | $ 17.07 |
| 08-07-2020 | P | 1500 | $ 16.61 |
| 08-07-2020 | P | 5 | $ 16.50 |
| 08-07-2020 | P | 30 | $ 16.53 |
| 08-11-2020 | P | 380 | $ 16.21 |
| 08-11-2020 | P | 1620 | $ 16.21 |
| 08-11-2020 | P | 115 | $ 16.20 |
| 08-25-2020 | P | 1000 | $ 14.42 |
| 08-25-2020 | P | 1150 | $ 14.47 |
| 08-25-2020 | P | 25 | $ 14.61 |
| 08-25-2020 | P | 1000 | $ 14.66 |

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Benjamin Neenan certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my GoHealth, Inc. (NASDAQ: GOCO) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  11/19/2020
_____                       _____
                                      Benjamin Neenan

1

**SCHEDULE A**

Class Period Transactions of Benjamin Neenan in GoHealth, Inc. (NASDAQ: GOCO) securities.

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 07/15/2020 | 4,500 | $24.50 |
| Purchase | 08/25/2020 | 3,560 | $14.47 |

2