# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Muhammad Zeeshan, Sai Kumar Reddy Edavally, and Benjamin Neenan (collectively, the "GoHealth Investor Group") respectfully submit this Joint Declaration in support of our motion for consolidation of related actions, appointment as Lead Plaintiff, and approval of our selections of Levi & Korsinsky, LLP ("Levi & Korsinsky") and Bragar Eagel & Squire, P.C. ("BES") as Co-Lead Counsel, and Pomerantz LLP ("Pomerantz") as Liaison Counsel in the instant class action on behalf of investors in the securities of GoHealth, Inc. ("GoHealth" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2. I, Muhammad Zeeshan, live in Freemont, California. I have a bachelor's degree in computer science and am a software engineer. I am 32 years old and have been investing in the securities markets for one year. As reflected in my Certification, I purchased GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with GoHealth's July 2020 initial public offering and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3. I, Sai Kumar Reddy Edavally, live in Alpharetta, Georgia. I have a master's degree in engineering and am self-employed, owning my own software consulting firm. I am 58 years old and have been investing in the securities markets for 20 years. As reflected in my Certification, I purchased GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with GoHealth's July 2020 initial public offering and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

1

4.      I, Benjamin Neenan, live in Washington, Pennsylvania.  I have a bachelor's degree in biological sciences, a bachelor's degree in psychology, and a master's degree in healthcare policy and management, all received from Carnegie Mellon University.  I am currently employed as a territory manager at Pulmox Corporation and have been investing in the securities markets for 12 years.  As reflected in my Certification, I purchased GoHealth Class A common stock pursuant and/or traceable to the registration statement issued in connection with GoHealth's July 2020 initial public offering and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5.      Upon learning of each other's interest in seeking appointment of lead plaintiff in this matter through our counsel, we communicated with one another and our counsel on Friday, November 20, 2020, at approximately 2:45 PM EST.  Accordingly, each of us is aware of the current status of this litigation.  We understand that in addition to ourselves, other investors in GoHealth securities may file motions seeking appointment as Lead Plaintiff in this Action.  We understand that on November 20, 2020, our counsel will file a memorandum of law in support of our Lead Plaintiff motion.  We understand that this Joint Declaration and other supporting submissions prepared by our counsel will be filed concurrently with the memorandum of law.  We understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter.  We understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice.  We approved Levi & Korsinsky and BES as our designated Co-Lead Counsel and Pomerantz as our designated Liaison Counsel.  We were aware of each other, had one another's contact information, and approved the filing of a motion on our behalf seeking appointment jointly as a Lead Plaintiff group.

6. We attest to, among other things, our shared belief in the merits of this action; our shared desire to achieve the best possible result for the Class; our shared interest in prosecuting the case in a collaborative and likeminded manner; our understanding of the fiduciary obligations of Lead Plaintiffs; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated. We hereby affirm that the foregoing statements, as well as all other statements set forth in this Joint Declaration, are true and correct statements of our views and intentions with respect to this litigation, and that we seek appointment jointly as a Lead Plaintiff group in this action.

7. Given our significant financial interest in the claims against the defendants, we are strongly motivated to recover the significant losses that we and the Class suffered as a result of defendants' violations of the federal securities laws. Our principal goal in seeking to serve as a Lead Plaintiff group in this case is to achieve the best possible recovery for the Class from all culpable parties. We are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with our duties under the PSLRA.

8. If appointed Lead Plaintiff, we will satisfy our fiduciary obligations to the Class by, among other steps, conferring with each other and with our counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that the GoHealth securities litigation will be vigorously prosecuted consistent with the obligations of Lead Plaintiffs under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

9. We each determined that we could maximize the Class's recovery by pooling our respective resources and experience by jointly seeking appointment as Lead Plaintiff. After

reviewing the allegations pleaded in the complaint, and consulting with our respective counsel, we each independently determined to seek joint appointment as Lead Plaintiff, and subsequently approved the filing of a joint motion seeking our appointment as a Lead Plaintiff group. We agree that our collective resources and our ability to engage in joint decision-making will materially benefit and advance the interests of the Class in this case.

10.     We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. In the event that such a disagreement arises, we agree to resolve such disagreement by a simple majority vote, in which each of us possesses one vote. We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

11.     We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of small groups of investors to serve as Lead Plaintiff when the group is able to establish that its members are able to oversee the litigation and their proposed Lead Counsel in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

12.     We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected Levi & Korsinsky and BES to serve as Co-Lead Counsel, and Pomerantz to serve as Liaison Counsel. We believe that the defendants intend to defend this litigation vigorously, and that the Class will be well served by the

4

collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms' experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

13.     Levi & Korsinsky, BES, and Pomerantz have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 20th day of November 2020.

_____

Muhammad Zeeshan

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 20th day of November 2020.

_____

Sai Kumar Reddy Edavally

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 20th day of November 2020.

_____

Benjamin Neenan