UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GOHEALTH, INC., et al.,<br><br>      Defendants. | Case No. 1:20-cv-05593<br><br><u>CLASS ACTION</u><br><br>Judge Sharon Johnson Coleman |
| PIETRO PIUMETTI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GOHEALTH, INC., et al.,<br><br>      Defendants. | Case No. 1:20-cv-05701<br><br><u>CLASS ACTION</u><br><br>Judge Mary M. Rowland |

[Caption continued on following page.]

ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE MOVANTS AS LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | |
|---|---|
| CHRISTOPHER STRIANESE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>GOHEALTH, INC., et al.,<br><br>                Defendants. | Case No. 1:20-cv-05765<br><br>CLASS ACTION<br><br>Judge Andrea R. Wood |

Having considered Sudhakara R. Murikinati, Jerry Nixon, Benjamin Sandmann, and Jeff S. Turnipseed's (collectively, "Movants") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Hudson v. GoHealth, Inc.*, No. 1:20-cv-05593; *Piumetti v. GoHealth, Inc.*, No. 1:20-cv-05701; and *Strianese v. GoHealth, Inc.*, No. 1:20-cv-05764 are consolidated as:

UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION

| | |
|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) Master File No. 1:20-cv-05593 <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) <br> ) <br> ) <br> ) |

(a) The file in Case No. 1:20-cv-05593 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other cases. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:", When a document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that

- 1 -

is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

   (c) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

  3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints the Movants as Lead Plaintiff; and

  4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class is approved.

  IT IS SO ORDERED.

DATED: December 10, 2020     _____
              THE HONORABLE SHARON JOHNSON COLEMAN
              UNITED STATES DISTRICT JUDGE