**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| **In re GOHEALTH, INC. SECURITIES** | ) | **Case No. 1:20-cv-5593** |
| **LITIGATION** | ) | |
| | ) | |
| | ) | **Judge: Sharon Johnson Coleman** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**THE GOHEALTH AND UNDERWRITER DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants GoHealth, Inc. ("GoHealth" or the "Company"), Clinton P. Jones, Brandon M. Cruz, Travis J. Matthiesen, NVX Holdings, Inc., Goldman Sachs & Co. LLC, BofA Securities, Inc., and Morgan Stanley & Co. LLC (collectively, the "GoHealth and Underwriter Defendants") hereby respectfully move to dismiss the above captioned case with prejudice. The grounds for this motion are set forth in the Memorandum Of Law In Support Of The GoHealth And Underwriter Defendants' Motion to Dismiss The Consolidated Class Action Complaint filed concurrently herewith. The GoHealth and Underwriter Defendants further request such other relief as this Court deems appropriate.

Date: April 26, 2021                    Respectfully submitted

_/s/ Christopher J. Clark_____
One of the Attorneys for Defendants GoHealth,
Inc., Clinton P. Jones, Brandon M. Cruz, Travis J.
Matthiesen, and NVX Holdings, Inc.

Matthew Walch (ARDC No. 626308)
matthew.walch@lw.com
Jack M. McNeily (ARDC No. 6332140)
jack.mcneily@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Christopher J. Clark (*pro hac vice*)
christopher.clark@lw.com
Sandeep Savla (*pro hac vice*)
sandeep.savla@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel for Defendants GoHealth, Inc., Clinton P. Jones, Brandon M. Cruz, Travis J. Matthiesen, and NVX Holdings, Inc.*

/s/ *Susan L. Saltzstein* (with consent)
One of the Attorneys for Defendants Goldman Sachs & Co., LLC, BofA Securities, Inc., and Morgan Stanley & Co. LLC

Marcella L. Lape (ARDC No. 6286676)
marcie.lape@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

Susan L. Saltzstein (*pro hac vice*)
susan.saltzstein@skadden.com
Lara A. Flath (ARDC No. 6289481)
lara.flath@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602

Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Counsel for Defendants Goldman Sachs & Co., LLC, BofA Securities, Inc., and Morgan Stanley & Co. LLC*