# APPENDIX A

**APPENDIX A**

NOTES:

(1)       The statements below are those that were emphasized in bold and italics in the block quotes Plaintiffs excerpted from GoHeath's Registration Statement in paragraphs 91-99 and 102-104 of the Complaint.

(2)       Certain arguments detailed in Defendants' Memorandum of Law in Support of their Motion to Dismiss are applicable to the Complaint as a whole and therefore apply to every alleged misrepresentation. Specifically, because Plaintiffs' claims all depend on one or both of their flawed Maximized Growth and LTV Drag Theories, each of the statements below also fails for the reasons described in Sections III.C.1-2 of the Memorandum. Those arguments are not recited below.

| Statement | ¶ | Reasons Why Statement Is Not Actionable |
|---|---|---|
| *"As we continue to scale our platform, we improve our key drivers through specialization and optimization using our proprietary data and machine-learning."* | 91 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"…carriers that partner with [GoHealth] through one or more of [GoHealth's] internal segment businesses will often supplement [GoHealth's] marketing and technology investments."* | 92 | • Not alleged to be false |
| *"The resulting increase in the expected LTV of consumers obtained at a lower CAC has made our innovative distribution model more appealing to carriers and has altered their own approach to strategic marketing and consumer acquisition."* | 93 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"We engineered our marketplace for rapid scalability…"* | 93 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"The data generated through the sales process by these consumers helps us increase LTV/CAC through machine-learning enabled feedback loops, and allows us to improve and deepen our relationships with carriers."* | 93 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"Our carrier relationships are stable, as evidenced by the fact that our relationships with each of our five largest carriers, measured by 2019 submission volume, exceeds five years."* | 94 | • Not alleged to be false |

| | | |
|---|---|---|
| *"We are licensed in all 50 states and the District of Columbia, which combined with our data-driven, omni-channel marketing and effective and scalable marketplace, makes us a partner of choice for the leading Medicare Advantage plans nationally and in each state."* | 94 | • Not alleged to be false<br>• Immaterial as puffery |
| *"We continue to focus on building out our carrier footprint in order to provide our consumers with a greater choice of health insurance plans. In 2020, we expect our platform will include Medicare Advantage products from at least one of the top two carriers, as measured by Medicare Advantage enrollees in each county, in 49 states, which collectively represented 95% of 2019 Medicare enrollments. In 2019, our platform included Medicare Advantage products from at least one of the top two carriers, as measured by Medicare Advantage enrollees in each county, in 24 states, which collectively represented 54% of 2019 Medicare enrollments."* | 95 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"In 2020, we expect our platform will include Medicare Advantage products from at least one of the top two carriers, as measured by Medicare Advantage enrollees in each county, in 49 states, which collectively represented 95% of 2019 Medicare enrollments. In 2019, our platform included Medicare Advantage products from at least one of the top two carriers, as measured by Medicare Advantage enrollees in each county, in 24 states, which collectively represented 54% of 2019 Medicare enrollments. This allows us to benefit from enhanced return of scale, more efficient marketing in these geographies, increased agent conversion rates of qualified prospects to customers, and improved customer satisfaction rates as we meet the needs of our customers."* | 96 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"Our integrated technology platform, business processes, data and highly skilled and trained agents enable us to rapidly scale while improving our unit economics, as measured by LTV/CAC."* | 97 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *"In doing so, we increase the lifetime commissions generated by the consumer leads we convert, which increases LTV per Approved* | 97 | • Not alleged to be false<br>• Protected forward-looking statement |

2

| | | |
|---|---|---|
| *Submission, and we reduce the cost of acquiring consumer leads, lowering CAC per commissionable Approved Submission.”* | | |
| *“Attracting new carriers and expanding relationships with our existing carriers to offer more products and plans is critical to the growth of our business, particularly in the Medicare segments, which drive the highest LTV/CAC of the products and plans we offer. We are strategically adding carriers in the Medicare segments in order to offer top-rated plans and multiple plan choices in each of the U.S. counties in which we operate. This also allows us to market more efficiently in these geographies, increase conversion rates on consumer leads, and improve customer satisfaction rates as we are better able to meet consumers' specific needs, which drives revenue growth.”* | 98 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *“…we are increasingly adding SNPs into our marketplace from both existing and new carrier relationships.”* | 99 | • Not alleged to be false<br>• Protected forward-looking statement |
| *“As a result, we are able to maximize the value of our consumer interactions and marketing spend during the special enrollment period and prioritize agent growth year round. As we add more Medicare products and expand SNP offerings, we allocate more of our existing agent seat count to the Medicare—Internal segment from other less profitable channels, reducing the need to open new facilities.”* | 99 | • Not alleged to be false<br>• Protected forward-looking statement<br>• Immaterial as puffery |
| *“We were also able to utilize more agents on a year-round basis instead of during enrollment periods due to the addition of SNPs into our marketplace which are able to be sold at any time of year. “Net revenues also increased in this segment due to the implementation of new marketing strategies to generate a greater number of qualified prospects and due to an increase in non-commission revenues.”* | 99 | • Not alleged to be false |
| *“Carriers have the right to alter these commission rates with relatively short notice and have altered, and may in the future alter, the contractual relationships we have with them, including, in certain instances by unilateral amendment of our contracts* | 102 | • Not alleged to be false |

3

| | | |
|---|---|---|
| *relating to commission rates or otherwise."* | | |
| *"Because revenue in the Medicare segments is concentrated in a relatively small number of carriers, we are particularly vulnerable to changes in commission rates and changes in the competitiveness of our carriers' Medicare products."* | 102 | • Not alleged to be false |
| *"Commission rates are also a factor in estimating our LTVs, which are impacted by a variety of factors, including the particular health insurance plans chosen by our customers, the carriers offering those plans, our customers' states of residence, the laws and regulations in those jurisdictions, the average premiums of plans purchased through us and healthcare reform. Any reduction in our average commission revenue per customer could harm our business, operating results and financial condition."* | 103 | • Not alleged to be false |
| *"Should we become dependent on fewer carrier relationships (whether as a result of the termination of carrier relationships, carrier consolidation or otherwise), we may become more vulnerable to adverse changes in our relationships with carriers, particularly in states where we distribute insurance from a relatively smaller number of carriers or where a small number of carriers dominate the market, and our business, operating results and financial condition could be harmed."* | 104 | • Not alleged to be false |

4