**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re GO HEALTH, INC. SECURITIES LITIGATION | Case No. 1:20-cv-05593 |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | Judge Sharon Johnson Coleman |
| ALL ACTIONS. | |

**CENTERBRIDGE'S MOTION TO DISMISS
<u>THE CONSOLIDATED CLASS ACTION COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., C.B. BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD. (collectively, "<u>Centerbridge</u>") move to dismiss the Consolidated Class Action Complaint and to join the Motion to Dismiss the Consolidated Class Action Complaint submitted by the GoHealth and Underwriter Defendants[1] (Dkt. No. 73). The bases for this Motion are set forth in the accompanying Memorandum of Law, filed contemporaneously with this Motion.

WHEREFORE, for the reasons set forth in the Centerbridge Memorandum of Law and the GoHealth and Underwriter Defendants' Memorandum of Law, the Court should dismiss the Consolidated Class Action Complaint.

---

[1] As used herein the "GoHealth Defendants" and the "Underwriter Defendants" have the same meaning as given in the GoHealth and Underwriter Defendant's Motion to Dismiss the Consolidated Class Action Complaint (Dkt. No. 73).

Dated: April 26, 2021
New York, New York

Respectfully submitted,


*/s/ Katherine R. Goldstein*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Katherine R. Goldstein
kgoldstein@akingump.com
Nathaniel B. Botwinick (*pro hac vice* pending)
nbotwinick@akingump.com
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Michelle Reed
mreed@akingump.com
2300 N. Field Street
Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Megan Cunniff Church (ARDC No. 6281234)
mchurch@mololamken.com
MOLOLAMKEN LLP
300 North LaSalle Drive, Suite 5350
Chicago, Illinois 60654
Telephone: (312) 450-6716
Facsimile: (312) 450-6701

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's CM/EFC system on April 26, 2021.

*/s/Megan Cunniff Church*
Megan Cunniff Church