UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-05593 |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Sharon Johnson Coleman |
| ALL ACTIONS. | ) ) ) | |

**LEAD PLAINTIFFS' MOTION TO STRIKE**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Lead Plaintiffs Sudhakara R. Murikinati, Jerry Nixon, Benjamin Sandmann, and Jeff S. Turnipseed (collectively, "Plaintiffs") respectfully move the Court for an order: (1) striking Exhibit B [ECF No. 74-2 at 549-673] filed by Defendants GoHealth, Inc. ("Company"), Clinton P. Jones, Brandon M. Cruz, Travis J. Matthiesen, NVX Holdings, Inc., Goldman Sachs & Co LLC, BofA Securities, Inc., and Morgan Stanley & Co. LLC (collectively, "Defendants") in support of the Memorandum of Law in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint [ECF No. 74] ("Memorandum"); (2) striking all references to, and assertions based on, that exhibit that appear in the Memorandum and any reply memorandum of law submitted in support of such motion to dismiss; and (3) granting any additional and other relief as the Court deems just and proper.

The issuance of such an order is warranted because Exhibit B (*i.e.*, the Company's 2020 10-K) is not referred to in Plaintiffs' Consolidated Complaint for Violations of the Securities Act of 1933 [ECF No. 66], is not central to Plaintiffs' claims alleged therein, and may not be judicially noticed for the truth of the facts stated in it, upon which Defendants rely, in order to draw inferences in their favor. This Motion to Strike is supported by an accompanying memorandum of law, filed contemporaneously herewith.

- 1 -

DATED:  June 14, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN (IL Bar # 6329016)


                              *s/ Brian E. Cochran*
                              BRIAN E. COCHRAN

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT J. ROBBINS (admitted *pro hac vice*)
CHRISTIAN G. MONTELIONE (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
cmontelione@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

*Additional Counsel for Lead Plaintiffs*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 14, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Brian E. Cochran*
BRIAN E. COCHRAN