## APPENDIX

### CITED AUTHORITY ONLY AVAILABLE IN ELECTRONIC DATABASES

1. *Brasher v. Broadwind Energy, Inc.*, No. 11 CV 991, 2012 WL 1357699 (N.D. Ill. Apr. 19, 2012)

2. *In re Cobalt Int'l Energy, Inc. Sec. Litig.*, No. H-14-3428, 2016 WL 215476 (S.D. Tex. Jan. 19, 2016)

3. *In re Deutsche Telekom AG Sec. Litig.*, No. 00 CIV 9475, 2002 WL 244597 (S.D.N.Y. Feb. 20, 2002)

4. *In re Glob. Crossing, Ltd. Sec. Litig.*, No. 02 CIV. 910, 2005 WL 1907005 (S.D.N.Y. Aug. 8, 2005)

5. *In re WorldCom, Inc. Sec. Litig.*, No. 02 Civ. 3288, 2004 WL 1097786 (S.D.N.Y. May 18, 2004)

6. *Katz v. China Century Dragon Media, Inc.*, No. LA CV11-02769, 2011 WL 6047093 (C.D. Cal. Nov. 30, 2011)

7. *Lindelow v. Hill*, No. 00 C 3727, 2001 WL 830956 (N.D. Ill. July 20, 2001)

8. *LLDVF, L.P. v. Dinicola*, No. 09-1280, 2010 WL 3210613 (D.N.J. Aug. 12, 2010)

9. *McKenna v. Smart Techs. Inc.*, No. 11 Civ. 7673, 2012 WL 1131935 (S.D.N.Y. Apr. 3, 2012)

10. *Premier Capital Mgmt., L.L.C. v. Cohen*, No. 02 C 5368, 2003 WL 21960357 (N.D. Ill. Aug. 15, 2003)

11. *SEC v. Winemaster*, No. 19-cv-04843, 2021 WL 1172773 (N.D. Ill. Mar. 29, 2021)

12. *Starr v. !Hey, Inc.*, No. 01 C 6087, 2003 WL 21212596 (N.D. Ill. May 23, 2003)

13. *Union Oil v. John Brown E&C*, No. 94 C 4424, 1994 WL 535108 (N.D. Ill. Sept. 30, 1994)

14. *Zishka v. Am. Pad & Paper Co.*, No. 3:98-CV-0660-M, 2001 WL 1748741 (N.D. Tex. Sept. 28, 2001)