UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-05593 |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Sharon Johnson Coleman Magistrate Judge Gabriel A. Fuentes |
| ALL ACTIONS. | ) ) | |

**DECLARATION OF ROBERT J. ROBBINS IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS
REPRESENTATIVES AND CLASS COUNSEL**

I, ROBERT J. ROBBINS, declare as follows:

1. I am a member of the Bar of the State of Florida, and I am admitted to appear to practice before this Court.

2. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs in the above-entitled action. I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1    GoHealth, Inc.'s Registration Statement on Form S-1 filed July 8, 2020

Exhibit 2    Supplement to GoHealth, Inc.'s Registration Statement filed July 14, 2020

Exhibit 3    GoHealth, Inc.'s Prospectus on Form 424(B)(4) filed July 16, 2020

Exhibit 4    Declaration of Lead Plaintiff Sudhakara R. Murkinati in Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 5    Declaration of Lead Plaintiff Jerry Nixon in Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 6    Declaration of Lead Plaintiff Benjamin Sandmann in Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 7    Declaration of Lead Plaintiff Jeffrey S. Turnipseed in Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 8    Robbins Geller Rudman & Dowd LLP Firm Résumé

Exhibit 9    Transcript of Proceedings, *Jaffe v. Household Int'l, Inc.*, No. 1:02-cv-05893 (N.D. Ill. Oct. 20, 2016), ECF 2261

- 1 -

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of September, 2022 in Boca Raton, Florida.

_____
ROBERT J. ROBBINS