# EXHIBIT 5

DocuSign Envelope ID: A69B0CFA-7DBB-49A3-AF78-A13DCD9E5BDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-05593 |
| | | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | Judge Sharon Johnson Coleman |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Gabriel A. Fuentes |

**DECLARATION OF LEAD PLAINTIFF JERRY NIXON**
**IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DocuSign Envelope ID: A69B0CFA-7DBB-49A3-AF78-A13DCD9E5BDB

I, Jerry Nixon, provide this declaration in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion"). The Motion seeks to certify a Class of purchasers of GoHealth, Inc. ("GoHealth") common stock in connection with GoHealth's initial public offering commenced on or about July 14, 2020, to name Lead Plaintiffs as Class Representatives, and to appoint Class Counsel. The following facts are true and correct to my knowledge, and if called upon to testify, I could and would testify competently thereto.

1. I currently live in Conifer, Colorado. On July 15, 2020, August 19, 2020, and August 24, 2020, I purchased shares of GoHealth common stock, as set forth in my certification previously filed with the Court. *See* Certification Pursuant to Federal Securities Laws [ECF No. 43-2].

2. I did not hold or acquire GoHealth common stock at the direction of counsel in this matter, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

3. Should I be appointed as a Class Representative, I am committed to vigorously prosecuting this litigation. I intend to maximize the recovery for the Class consistent with good faith and sound judgment.

4. I have reviewed and monitored the progress of this litigation. For example, I have: (a) received periodic written updates and other correspondence from counsel regarding this case; (b) reviewed and discussed with counsel the filing of significant pleadings and briefs, including the Consolidated Complaint for Violations of the Securities Act of 1933 [ECF No. 66], the service and progress of discovery, the issuance of Court Orders, and other case developments; (c) begun to search for, collect, and will produce documents responsive to Defendants' discovery requests; (d) responded to Defendants' interrogatories. I am committed to actively directing this litigation

DocuSign Envelope ID: A69B0CEA-7DBB-49A3-AE78-A13DCD9E5BDB

and will attend hearings, depositions, and/or trial, and will oversee critical junctures of this litigation, as appropriate.

5. Should I be appointed as a Class Representative, I, along with the other Lead Plaintiffs, will continue to provide fair and adequate representation to the members of the proposed Class and to work with my counsel and Robbins Geller to obtain the largest recovery for the Class consistent with good faith and meritorious advocacy.

6. I support the selection of Robbins Geller as the proposed Class Counsel because of the firm's substantial experience and expertise in prosecuting securities class actions. In addition, I believe that Robbins Geller possesses the necessary financial and human resources to effectively and successfully prosecute this action through trial and any post-trial appeals.

7. I will not accept any payment for serving as a Class Representative beyond my pro rata share of any recovery, except such reasonable costs and expenses directly related to the representation of the Class, as ordered and approved by the Court.

8. For all these reasons, and for those described in other documents that are being filed in connection with Lead Plaintiffs' Motion, I respectfully request that the Court appoint me, along with the other Lead Plaintiffs, as Class Representatives and appoint Robbins Geller as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19 day of September, 2022 in Conifer, Colorado.

DocuSigned by:

*Jerry Nixon*

25803B52234648F...

JERRY NIXON