# EXHIBIT 9

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAWRENCE E. JAFFE PENSION PLAN,  )
on behalf of itself and all      )
others similarly situated,       )
                                 )
                Plaintiffs,      )
                                 )
  v.                             )  No. 02 C 5893
                                 )
HOUSEHOLD INTERNATIONAL, INC.,   )
et al.,                          )  Chicago, Illinois
                                 )  October 20, 2016
                Defendants.      )  10:30 a.m.


                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JORGE L. ALONSO


APPEARANCES:

For the Plaintiffs:         ROBBINS GELLER RUDMAN & DOWD LLP
                            BY:  MR. MICHAEL J. DOWD
                                 MR. SPENCER A. BURKHOLZ
                                 MR. DANIEL S. DROSMAN
                                 MR. LUKE O. BROOKS
                                 MS. MAUREEN E. MUELLER
                            655 West Broadway
                            Suite 1900
                            San Diego, California  92101
                            (619) 231-1058

For the Defendant           SKADDEN ARPS SLATE MEAGHER & FLOM,
Household:                  LLP
                            BY:  MR. R. RYAN STOLL
                            155 North Wacker Drive
                            Suite 2700
                            Chicago, Illinois  60606
                            (312) 407-0700


For the Defendants          KATTEN MUCHIN ROSENMAN LLP
Aldinger and Gilmer:        BY:  MR. GIL M. SOFFER
                            525 West Monroe Street
                            Chicago, Illinois  60661
                            (312) 902-5200

Nancy C. LaBella, CSR, RMR, CRR
Official Court Reporter
219 South Dearborn Street, Room 1222
Chicago, Illinois  60604
(312) 435-6890
Nancy_LaBella@ilnd.uscourts.gov

2

APPEARANCES:   (Continued)

For the Defendant        JACKSON WALKER LLP
Schoenholz:              BY:  MR. TIM S. LEONARD
                         1401 McKinney Street
                         Suite 1900
                         Houston, Texas   77010
                         (713) 752-4439

For Kevin McDonald:      LAW OFFICE OF JOHN W. DAVIS
                         BY:  MR. JOHN WILLIAM DAVIS
                         501 West Broadway
                         Suite 800
                         San Diego, California   92101
                         (619) 400-4870

requested award here is by no means unprecedented.

Class counsel performed a very high-quality legal work in the context of a thorny case in which the state of the law has been and is in flux. They achieved an exceptionally significant recovery for the class. And the Court agrees with Professor Silver that it was, in fact, a spectacular result for the class. This result was in no way assured at any point, but especially in the early days of the litigation when the fee agreement with IUOE was negotiated.

Mr. McDonald's observations that seven suits were initially filed and then consolidated does not change the fact that there was no competition for the role of lead counsel here, which, under Silverman, also weighs in favor of the requested fee award. Plaintiffs have submitted a chart that lists the number of firms who sought the lead counsel role in the cases with the top ten or eleven security class action settlements. In only three of those cases were the number of firms in the single digits, and there was competition in every one of them.

I will now discuss the fee agreement between lead counsel and IUOE. It was not entered into at the absolute outset of the case, as I mentioned, but early enough and at such a precarious spot in the litigation for plaintiffs that it approximates an ex ante deal; and I will treat it that way. It is a highly reliable indicator of the appropriate market