UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No.  1:20-cv-05593 |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Sharon Johnson Coleman Magistrate Judge Gabriel A. Fuentes |
| ALL ACTIONS. | ) ) ) | |

## JOINT MOTION TO STAY THE PROCEEDINGS PENDING MEDIATION

Lead Plaintiffs Sudhakara R. Murikinati, Jerry Nixon, Benjamin Sandmann, and Jeffrey S. Turnipseed (collectively, "Lead Plaintiffs") and Defendants GoHealth, Inc., Clinton P. Jones, Brandon M. Cruz, Travis J. Matthiesen, NVX Holdings, Inc., CCP III AIV VII Holdings, L.P., CB Blizzard Co-Invest Holdings, L.P., Blizzard Aggregator, LLC, Goldman Sachs & Co. LLC, BofA Securities, Inc., and Morgan Stanley & Co. LLC (collectively, "Defendants") (collectively, Lead Plaintiffs and Defendants are the "Parties"), hereby move the Court for entry of an Order temporarily staying this action until August 4, 2023.  In support of this motion, the Parties state:

1. On February 25, 2021, Lead Plaintiffs filed the Consolidated Complaint for Violations of the Securities Act of 1933.  ECF 66.  Following briefing on Defendants' motions to dismiss (ECF 73-76, 83-84, 90-91) and the Court's rulings thereon (ECF 100, 104), Defendants answered the Complaint (ECF 141-143), and the Parties began discovery.

2. On June 21, 2022, the Parties filed their Joint Status Report with Discovery Schedule (ECF 140), which was partially approved by the Court on July 5, 2022 (ECF 150).

- 1 -

3.      The only motion currently pending before the Court is Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion for Class Certification"), which is fully briefed.  ECF 164, 170, 179.  On March 24, 2023, the Court noted that a decision on Lead Plaintiffs' pending Motion for Class Certification is forthcoming. ECF 180.

4.      The Parties are currently engaged in written and document discovery, including third-party discovery, and anticipate there will be substantial additional written and document discovery, including electronic discovery, along with deposition testimony, in the coming months.

5.      In February 2023, and while engaging in written and document discovery, the Parties attended a mediation session before a private meditator.  Although the mediation did not result in a settlement between the Parties, the Parties have continued to utilize the mediator to explore whether a settlement might be possible.  Recently, the Parties agreed to attend a second mediation session on July 25, 2023.

6.      In order to allow the Parties the opportunity to prepare for and attend the upcoming mediation and more fully determine whether they can negotiate a global settlement of all claims, and to not further burden the Court, the Parties respectfully request that the Court temporarily stay all deadlines and proceedings in this action until August 4, 2023.

7.      The Parties' request to temporarily stay this action is made in good faith, and not for the purposes of unnecessary delay, and the granting of the stay will facilitate a more efficient resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant the instant motion and enter an Order staying the deadlines and proceedings in this matter until August 4, 2023.

DATED:  June 14, 2023

Respectfully submitted,

MAYER BROWN LLP
GLENN K. VANZURA (*pro hac vice*)


/s/ Glenn K. Vanzura
GLENN K. VANZURA

MATTHEW O. KUSSMAN (*pro hac vice*)
350 South Grand Avenue, #2500
Los Angeles, CA  90071
Telephone:  213/229-9500
gvanzura@mayerbrown.com
mkussman@mayerbrown.com

MAYER BROWN LLP
J. GREGORY DEIS (ARDC No. 6278910)
71 South Wacker Drive
Chicago, IL  60606
Telephone:  312/782-0600
312/701-7711 (fax)
gdeis@mayerbrown.com

MAYER BROWN LLP
JACQUELINE M. VALLETTE
(*pro hac vice*)
700 Louisiana Street, Suite 3400
Houston, TX  77002
Telephone:  713/238-3000
jvallette@mayerbrown.com

*Counsel for Defendants GoHealth, Inc.,*
*Clinton P. Jones, Brandon M. Cruz, Travis J.*
*Matthiesen, and NVX Holdings, Inc.*

SKADDEN ARPS SLATE MEAGHER
   & FLOM LLP
MARCELLA L. LAPE (ARDC No.
6286676)

/s/ Marcella L. Lape
MARCELLA L. LAPE

155 North Wacker Drive, Suite 2700
Chicago, IL  60606
Telephone:  312/407-0700
312/407-0411 (fax)
marcie.lape@skadden.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT J. ROBBINS (IL Bar #572233)


/s/ Robert J. Robbins
ROBERT J. ROBBINS

SABRINA E. TIRABASSI (IL Bar #25521)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
JAMES E. BARZ (IL Bar #6255605)
FRANK A. RICHTER (IL Bar #6310011)
BRIAN E. COCHRAN (IL Bar #6329016)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
bcochran@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

*Additional Counsel for Lead Plaintiffs*

- 3 -

SKADDEN ARPS SLATE MEAGHER
  & FLOM LLP
SUSAN L. SALTZSTEIN (*pro hac vice*)
One Manhattan West
New York, NY  10001-8602
Telephone:  212/735-3000
212/735-2000 (fax)
susan.saltzstein@skadden.com

*Counsel for Defendants Goldman Sachs &*
*Co. LLC, BofA Securities, Inc., and Morgan*
*Stanley & Co. LLC*

AKIN GUMP STRAUSS HAUER
  & FELD LLP
MICHELLE REED (*pro hac vice*)

|  |
| --- |
| */s/ Michelle Reed* |

MICHELLE REED

2300 North Field Street, Suite 1800
Dallas, TX  75201
Telephone: 214/969-2800
214/969-4343 (fax)
mreed@akingump.com

AKIN GUMP STRAUSS HAUER
  & FELD LLP
KATHERINE R. GOLDSTEIN
(*pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone: 212/872-1000
212/872-1002 (fax)
kgoldstein@akingump.com

MOLOLAMKEN LLP
MEGAN CUNNIFF CHURCH
300 North LaSalle Drive, Suite 5350
Chicago, IL  60654
Telephone: 312/450-6716
312/450-6701 (fax)
mchurch@mololamken.com

*Counsel for CCP III AIV VII Holdings, L.P.,*
*CB Blizzard Co-Invest Holdings, L.P.,*
*Blizzard Aggregator, LLC*

- 4 -