**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Helen Hudson

Plaintiff,

v.

Case No.: 1:20−cv−05593
Honorable Jeremy C. Daniel

GoHealth, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 10, 2024:

MINUTE entry before the Honorable Gabriel A. Fuentes: In this matter referred to the magistrate judge for discovery supervision (doc. #[129]), the parties have advised the Court by email that they "have reached an agreement to fully resolve this action" and are working diligently to prepare a stipulation of settlement. The 1/11/24 joint status report on discovery progress is vacated. The discovery referral is terminated. However, a settlement status report is due for filing in the district court at noon on 1/31/24, to be vacated at the district court's pleasure if a stipulation of dismissal is on file by then. Judge Honorable Gabriel A. Fuentes no longer referred to the case. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.