UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-05593 CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | Judge Jeremy C. Daniel Magistrate Judge Gabriel A. Fuentes |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

4885-0166-7487.v1

Lead Plaintiffs Sudhakara R. Murikinati, Jerry Nixon, Benjamin Sandmann, and Jeff S. Turnipseed ("Lead Plaintiffs") hereby move the Court for entry of an Order (1) granting preliminary approval of a class action settlement; (2) preliminarily granting class certification for settlement purposes only; (3) approving the form and manner of notice; and (4) setting a date for a hearing on final approval of the proposed settlement ("Notice Order").

This motion is based upon the Stipulation of Settlement, dated February 7, 2024, and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Notice Order, all other pleadings and matters of record, and such additional evidence or argument as may be presented at any hearing.

Counsel for Lead Plaintiffs has conferred with counsel for Defendants, and Defendants do not oppose the relief sought by this Motion.

Accordingly, Lead Plaintiffs request that the Court enter the Notice Order, a copy of which is being emailed in accordance with this Court's procedures.

DATED: February 7, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
ROBERT J. ROBBINS (IL Bar # 572233)
SABRINA E. TIRABASSI (IL Bar #25521)

             s/ Robert J. Robbins
_____
      ROBERT J. ROBBINS

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
stirabassi@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar #6310011)
BRIAN E. COCHRAN (IL Bar # 6329016)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
bcochran@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

Additional Counsel for Lead Plaintiffs

- 2 -

4885-0166-7487.v1