**INDEX OF EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

| Document | Exhibit |
| --- | --- |
| Robbins Geller Rudman & Dowd LLP Firm Resume | A |
| *Flynn v. Exelon Corp.*, No. 1:19-cv-08209, ECF 198 (N.D. Ill. June 9, 2023) | B |
| *Azar v. Grubhub, Inc.*, No. 1:19-cv-07665, ECF 99 (N.D. Ill. Oct. 14, 2022) | C |
| *Mortimer v. Diplomat Pharmacy, Inc.*, No. 1:19-cv-01735, ECF 135 (N.D. Ill. Jan. 27, 2022) | D |

4858-0362-3328.v1