UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) | Case No. 1:20-cv-05593 |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | Judge Jeremy C. Daniel |
| ALL ACTIONS. | ) ) ) | |

## <u>NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715</u>

PLEASE TAKE NOTICE that on February 16, 2024, pursuant to and in accordance with 28 U.S.C. § 1715 (Class Action Fairness Act of 2005), Defendants caused notification of the proposed class action settlement with the Lead Plaintiffs and Class Members (as defined by the Proposed Stipulation of Settlement, ECF Dkt. 203) in the above-referenced action to be provided to the appropriate federal and state officials and agencies by certified mail through the U.S. Postal Service and via other tracked mailing providers such as UPS and FedEx. A true and correct copy of that letter, without enclosure, is appended hereto as Exhibit A.

DATE: February 16, 2024                    Respectfully submitted,


By: */s/ Jacqueline M. Vallette*
Jacqueline M. Vallette (*pro hac vice*)
jvallette@mayerbrown.com
Glenn K. Vanzura (*pro hac vice*)
gvanzura@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave. #2500
Los Angeles, California 90071
Tel.: (213) 229-9500

J. Gregory Deis (ARDC No. 6278910)
gdeis@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 782-0600


*Counsel for Defendants GoHealth, Inc., Clinton P. Jones, Brandon M. Cruz, Travis J. Matthiesen, and NVX Holdings, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record, via the Court's CM/ECF system on February 16, 2024.

/s/ *Jacqueline M. Vallette*
Jacqueline M. Vallette