**INDEX OF EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

| Document | Exhibit |
| --- | --- |
| *Flynn v. Exelon Corp.*, No. 1:19-CV-08209, ECF 216 (N.D. Ill. Sept. 7, 2023) | A |
| Edward Flores and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2023 Full-Year Review*, NERA ECONOMIC CONSULTING (Jan. 23, 2024) | B |
| *Washtenaw Cnty. Emps.' Ret. Sys. v. Walgreen Co.*, No. 1:15-cv-03187, ECF 527 (N.D. Ill. Oct. 13, 2022), with briefing (ECF 515-1) | C |
| *Rubinstein v. Gonzalez*, No. 1:14-cv-09465, ECF 274-1 (N.D. Ill. June 19, 2019) | D |
| *Rubinstein v. Gonzalez*, No. 1:14-cv-09465, ECF 297 (N.D. Ill. Oct. 22, 2019) | E |
| *Macovski v. Groupon, Inc.*, No. 1:20-cv-02581, ECF 110-1 (N.D. Ill. June 27, 2022) | F |