UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-05593 |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Jeremy C. Daniel |
| ALL ACTIONS. | ) ) ) | Magistrate Judge Gabriel A. Fuentes |

LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
AND AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §77z-1(a)(4)

4893-9711-6855.v1

Lead Counsel, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully moves this Court to enter an order awarding attorneys' fees and expenses to Lead Counsel, including awards to Lead Plaintiffs. This motion is based on the Memorandum of Points and Authorities in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §77z-1(a)(4), the declarations submitted in support thereof, the Stipulation of Settlement dated February 7, 2024, all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

DATED: April 17, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
ROBERT J. ROBBINS (IL Bar # 572233)
SABRINA E. TIRABASSI (IL Bar # 25521)


                    s/ Robert J. Robbins
                  ROBERT J. ROBBINS

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
BRIAN E. COCHRAN (IL Bar # 6329016)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
bcochran@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 1 -

4893-9711-6855.v1

- 2 -

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

Additional Counsel for Lead Plaintiffs

4893-9711-6855.v1