**INDEX OF EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS'
FEES AND EXPENSES AND AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15
U.S.C. §77z-1(a)(4)**

| Document | Exhibit |
|---|---|
| *Azar v. Grubhub, Inc.*, No. 1:19-cv-07665, ECF 118 (N.D. Ill. Jan. 12, 2023) | A |
| Roy Strom, *Big Law Rates Topping $2,000 Leave Value 'In Eye of Beholder*,' BLOOMBERG LAW (June 9, 2022) | B |
| *Bristol Cnty. Ret. Sys. v. Allscripts Healthcare Sols., Inc.*, No. 1:12-cv-03297, ECF 130 (N.D. Ill. July 22, 2015) | C |
| *Norfolk Cnty. Ret. Sys. v. Ustian*, No. 1:07-cv-07014, ECF 217 (N.D. Ill. May 25, 2011) | D |
| *Rubinstein v. Gonzalez*, No. 14-cv-9465, ECF 296 (N.D. Ill. Oct. 22, 2019) | E |
| *Colman v. Theranos, Inc.*, No. 5:16-cv-06822, ECF 314 (N.D. Cal. July 20, 2018) | F |
| *Wong v. Accretive Health, Inc.*, No. 1:12-cv-03102, ECF 85 (N.D. Ill. Apr. 30, 2014) | G |
| *Azar v. Grubhub, Inc.*, No. 1:19-cv-07665, ECF 106 (N.D. Ill. Dec. 8, 2022) | H |
| *In re Akorn, Inc. Sec. Litig.*, No. 1:15-cv-01944, ECFs 174-5, 174-6 (N.D. Ill. Feb. 19, 2018) | I |