UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) Case No. 1:20-cv-05593 |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) Judge Jeremy C. Daniel |
| | ) Magistrate Judge Gabriel A. Fuentes |
| ALL ACTIONS. | ) ) ) ) |

**DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Rochelle J. Teichmiller, declare as follows:

1.      I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Court's February 27, 2024, Order Preliminarily Approving Settlement and Providing for Notice (the "Notice Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action (the "Action").[1]  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**MAILING OF THE NOTICE AND PROOF OF CLAIM**

2.      Pursuant to the Notice Order, as discussed below, A.B. Data mailed the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and the Proof of Claim and Release form (the "Proof of Claim" and, collectively with the Notice, the "Notice Packet") to potential Class Members. A copy of the Notice Packet is attached hereto as Exhibit A.

3.      On March 5, 2024, A.B. Data received a data file from Defendants' counsel with the names and addresses of three (3) record holders of GoHealth Class A common stock that were potential Class Members. After the list was reviewed, there was a single duplicate entry reducing the list to two (2) members. On March 14, 2024, A.B. Data caused the Notice Packet to be sent by First-Class Mail to these two (2) potential Class Members.

4.      As in most class actions of this nature, the majority of potential Class Members are beneficial purchasers whose securities are held in "street name" by nominees – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement (the "Stipulation"). ECF 203.

of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. A.B. Data maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees. On March 14, 2024, A.B. Data caused the Notice Packet to be mailed to the 4,958 mailing records contained in the A.B. Data record holder mailing database.

5.      On March 18, 2024, A.B. Data also submitted the Notice Packet to the Depository Trust Company to post on their Legal Notice System, which offers DTC member banks and brokers access to a comprehensive library of notices concerning DTC-eligible securities.

6.      The Notice Order and Notice required that nominees who hold or held any GoHealth Class A common stock purchased between July 14, 2020, and January 10, 2021, inclusive, for the beneficial interest of a person or entity other than themselves to, within ten (10) calendar days of receipt of the Notice, either (1) send a copy of the Notice by First-Class Mail to all such Persons; or (2) provide a list of the names and addresses of such Persons to the Claims Administrator. *See* Notice on page 11.

7.      As of the date of this Declaration, A.B. Data has received 6,469 names and addresses of potential Class Members from individuals or brokerage firms, banks, institutions, and other nominees. A.B. Data has also received requests from brokers and other nominee holders for 8,110 Notice Packets, which the brokers and nominees are required to mail to their customers. A.B. Data has responded, and will continue to respond, to all such mailing requests in a timely manner.

8.      As of the date of this Declaration, a total of 19,539 Notice Packets have been mailed to potential Class Members and their nominees. A.B. Data has not received any returned mail

3

Notice Packets for persons whose original mailing was sent by the U.S. Postal Service. A.B. Data will continue to monitor the returned mail and re-send Notices as required.

## PUBLICATION OF THE SUMMARY NOTICE

9. In accordance with Paragraph 7(c) of the Notice Order, A.B. Data caused the Summary Notice to be published in *Investor's Business Daily* and transmitted over *PR Newswire* on March 18, 2024. Proof of this publication of the Summary Notice is attached hereto as Exhibits B and C, respectively.

## TELEPHONE HOTLINE

10. On or about March 14, 2024, a case-specific toll-free phone number, 877-388-1720, was established with an Interactive Voice Response system and live operators. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours.

## SETTLEMENT WEBSITE

11. On or about March 14, 2024, A.B. Data also established a case-specific website, www.GoHealthSecuritiesLitigation.com, which provides general information regarding the case and its current status; downloadable copies of the Notice, Proof of Claim, and other court documents, including the Stipulation; and online claim submission capability. The settlement website is accessible 24 hours a day, 7 days a week.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

12. The Notice informed potential Class Members that written requests for exclusion are to be mailed to *GoHealth Securities Litigation*, Claims Administrator, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they are postmarked no later

than May 1, 2024. A.B. Data has been monitoring all mail delivered to the post office box. As of the date of this Declaration, A.B. Data has not received any requests for exclusion.

13. According to the Notice, Class Members seeking to object to the Settlement or any of its terms, including the Plan of Allocation and/or the request for attorneys' fees or expenses are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than May 1, 2024. As of the date of this Declaration, A.B. Data has not received any misdirected objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of April 2024.

_____

Rochelle J. Teichmiller

5