**INDEX OF EXHIBITS TO DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

| Document | Exhibit |
|---|---|
| Notice Packet | A |
| Confirmation of Publication in *Investor's Business Daily* | B |
| Confirmation of Publication in *PR Newswire* | C |