**INDEX OF EXHIBITS TO DECLARATION OF LUCAS E. GILMORE FILED ON BEHALF OF HAGENS BERMAN SOBOL SHAPIRO LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

| Document | Exhibit |
|---|---|
| Time Summary | A |
| Expenses/Charges Summary | B |
| Summary Charges for Filing, Witness, and Other Fees | C |
| Hagens Berman Sobol Shapiro LLP Firm Resume | D |