**INDEX OF EXHIBITS TO DECLARATION OF MICHAEL I. FISTEL, JR. FILED ON BEHALF OF JOHNSON FISTEL, LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

| Document | Exhibit |
|---|---|
| Time Summary | A |
| Expenses/Charges Summary | B |
| Summary Charges for Transportation, Hotels, and Meals | C |
| Johnson Fistel, LLP Firm Resume | D |