UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re GOHEALTH, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:20-cv-05593 |
|  | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | Judge Jeremy C. Daniel Magistrate Judge Gabriel A. Fuentes |
| ALL ACTIONS. | ) ) ) | |

**SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Rochelle J. Teichmiller, declare as follows:

1. I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's February 27, 2024, Order Preliminarily Approving Settlement and Providing for Notice (the "Notice Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action (the "Action").[1] I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration to supplement my earlier Declaration Regarding: (A) Mailing of the Notice and Proof of Claim; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (the "Initial Mailing Declaration"), dated April 16, 2024, which was previously filed with the Court (ECF 221).

### UPDATE ON MAILING OF THE NOTICE AND PROOF OF CLAIM

3. As more fully stated in the Initial Mailing Declaration, as of April 16, 2024, A.B. Data had mailed a total of 19,539 copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and the Proof of Claim and Release Form ("Claim Form" and, collectively with the Notice, the "Claims Packet") to potential Class Members and their nominees.

4. Since the Initial Mailing Declaration was executed, and as of the date of this Declaration, A.B. Data has mailed 705 additional Claims Packets. A.B. Data has re-mailed a total of 32 Claims Packets to persons whose original mailings were returned by the U.S. Postal Service

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement (the "Stipulation"). ECF 203.

("USPS") and for whom updated addresses were provided to A.B. Data by the USPS, which is included in the aggregate.

5. Therefore, as of the date of this Declaration, an aggregate of 20,276 Claims Packets have been mailed to potential Class Members and their nominees.

### UPDATE ON TELEPHONE HOTLINE

6. On or about March 14, 2024, a case-specific toll-free phone number, 877-388-1720, was established with an Interactive Voice Response system and live operators. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours. A.B. Data has promptly responded to, and will continue to promptly respond to, all inquiries to the toll-free number.

### UPDATE ON SETTLEMENT WEBSITE

7. A.B. Data has also established a case-specific website, www.GoHealthSecuritiesLitigation.com, which provides general information regarding the case and its current status; downloadable copies of the Notice, Claim Form, and other court documents, including the Stipulation, Notice Order, and documents submitted in support of the Settlement and the application for attorneys' fees and expenses; and online claim submission capability. The settlement website is accessible 24 hours a day, 7 days a week.

### UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS

8. The Notice informed potential Class Members that written requests for exclusion are to be mailed to *GoHealth Securities Litigation*, Claims Administrator, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they are postmarked no later than May 1, 2024. A.B. Data has been monitoring all mail delivered to the post office box. As of

the date of this Declaration, A.B. Data has received 1 request for exclusion.  A copy of the exclusion request and summary is hereto attached as Exhibit A.

9.     According to the Notice, potential Class Members seeking to object to the Settlement or any of its terms, including the Plan of Allocation and/or the request for attorneys' fees or expenses, are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than May 1, 2024.  As of the date of this Declaration, A.B. Data has not received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May 2024.

_____

Rochelle J. Teichmiller

4