# EXHIBIT A

*In re GoHealth, Inc. Securities Litigation* , No. 1:20-cv-05593

**Exclusion Summary**

| Exclusion # | Name | City, State |
|---|---|---|
| 1 | Daniel J. Kenealy | Naperville, IL |

# EXCLUSION 1

April 24, 2024

Subject: Exclusion from Class Action

Please process my request to be excluded from GoHealth, Inc. Securities Litigation No. 1:20-cv-05593.

DANIEL J. Kenealy

███████████████████████

Signature = Daniel J. Kenealy

Stock = Purchased 5,000 shares
O $21.00 = $ 105,000
July 16, 2020

 Susan Kenealy

24 APR 2024 PM 8 L

FOREVER USA

GoHealth Securities Litigation
Claims Administrator
Exclusions
c/o A.B. Data Ltd.
PO Box 173001
Milwaukee, Wis. 53217

53217-801201