UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HELEN HUDSON,                           )
                                        )
                    Plaintiff,          )
                                        )
         vs.                            )    No. 20 CV 5593
                                        )
GOHEALTH, INC., et al,                  )    Chicago, Illinois
                                        )    May 22, 2024
                    Defendants.         )    9:34 o'clock a.m.

TRANSCRIPT OF PROCEEDINGS - HEARING
BEFORE THE HONORABLE JEREMY C. DANIEL

APPEARANCES:


For the Plaintiff:          MR. MICHAEL I. FISTEL, JR.
                            JOHNSON FISTEL LLP
                            40 Powder Springs Street
                            Marietta, GA 30064
                            470-632-6000
                            michaelf@johnsonfistel.com


For the Defendant          MR. J. GREGORY DEIS
GoHealth Inc.:             MAYER BROWN LLP
                           71 South Wacker Drive
                           Chicago, Illinois 60606
                           312-701-8035
                           gdeis@mayerbrown.com


For the Defendant          MS. MEGAN CUNNIFF CHURCH
Centerbridge Partners      MOLOLAMKEN LLP
LLP:                       300 North LaSalle Street
                           Chicago, Illinois 60654
                           312-450-6716
                           mchurch@mololamken.com

For the Defendant Goldman Sachs & Co. LLC:

MS. MARCELLA LOUISE LAPE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
312-407-0954
marcella.lape@skadden.com

For the Movant Sudhakara R. Murikinati:

MR. ROBERT J. ROBBINS
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard
Boca Raton, Florida 33432
561-750-3000
rrobbins@rgrdlaw.com

For the Movant Jerry Nixon:

MR. THEODORE J. PINTAR
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway
San Diego, California 92101
619-231-1058
tedp@rgrdlaw.com

Court Reporter:

FEDERAL OFFICIAL COURT REPORTER
MS. KRISTA BURGESON
219 South Dearborn Street
Chicago, Illinois 60604
312-435-5567
krista_burgeson@ilnd.uscourts.gov

THE CLERK: 20 C 5593, Hudson versus GoHealth, Inc., et al., for motion hearing.

THE COURT: Appearances, please.

MR. PINTAR: Good morning, Your Honor. Ted Pintar of Robbins Geller Rudman & Dowd for plaintiffs.

MR. ROBBINS: Good morning. Robert Robbins of Robbins Geller Rudman & Dowd on behalf of lead plaintiffs.

MR. FISTEL: Good morning, Your Honor. Michael Fistel, Johnson Fistel for plaintiffs.

MR. DEIS: Good morning, Your Honor. Greg Deis on behalf of the GoHealth defendants.

MS. CHURCH: Good morning, Your Honor. Megan Church on behalf of the Centerbridge defendants.

MS. LAPE: Marcella Lape from Skadden Arps on behalf of the Underwriter defendants.

THE COURT: Good morning, everyone.

I reviewed the materials, the motions. I am going to grant them. I just wasn't sure if I set a final hearing, there could be that dramatic moment where someone bursts in and says, I object, and so I thought I would carry out the process and do my final administrative stuff.

So there is a motion to certify class, that is docket 164, and I take it that is mooted once I enter the settlement, or approve the settlement, correct?

MR. ROBBINS: Yes, Your Honor.

THE COURT: All right.

And then there is docket entry 187, motion to stay proceedings pending mediation. Same, correct?

MR. ROBBINS: Yes, Your Honor.

THE COURT: There is final approval and plan of allocation. I have reviewed that motion and I will grant it and enter the proposed order.

The same is true for the docket entry 213, the motion for attorneys' fees.

So that should take care of everything for this case, correct?

MR. PINTAR: Correct.

THE COURT: I did note that there was one exclusion. I imagine that individual can choose to pursue their claims by taking themselves out of the settlement, correct?

MR. PINTAR: That is correct, Your Honor.

THE COURT: Okay.

I thank you all for bringing this to resolution. I will get those orders on file today.

ALL RESPOND: Thank you.

(Proceedings concluded.)

**C E R T I F I C A T E**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/Krista Burgeson, CSR, RMR, CRR    May 30, 2024
Federal Official Court Reporter    Date